UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SABRINA VINSON,

                Plaintiff,

  -against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS, and WILLIAM J.
FRASIER, in his capacity as
Commissioner of the New York City
Department of Corrections,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
01-CV- 6900 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 19 2006 ★

BROOKLYN OFFICE

      A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on January 17, 2006, granting defendants' summary judgment motion as to all claims; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that defendants' summary judgment motion is granted as to all claims.

Dated: Brooklyn, New York
       January 18, 2006

                                            s/Robert C. Heinemann
                                            ROBERT C. HEINEMANN
                                            Clerk of Court